ORIGINAL

**FILED**

07/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0173

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0173

BETH McLAUGHLIN,

    Petitioner,

v.

The MONTANA STATE LEGISLATURE,
and the MONTANA DEPARTMENT of
ADMINISTRATION

    Respondents.

**FILED**

JUL 14 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On May 26, 2021, Respondents filed a Petition for Rehearing regarding this Court's decision entered May 12, 2021. Petitioner filed a response on June 4, 2021.

M. R. App. P. 20 provides that this Court will consider a petition for rehearing only if the Court's opinion overlooked a material fact or a question presented that would have proven decisive to the case, or the decision conflicts with a statute or controlling decision not yet addressed by the Court. This Court has reviewed the Petition for Rehearing and the response and has determined that the Petition for Rehearing does not satisfy any of the criteria in M. R. App. P. 20.

IT IS ORDERED that the Petition for Rehearing is DENIED.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 14th day of July, 2021.

_____
Chief Justice

_____

_____

_____
Justices

_____
District Court Judge Donald Harris,
sitting for Justice Jim Rice

2